# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WILMINGTON SAVINGS FUND**
**SOCIETY, FSB, NOT IN ITS INDIVIDUAL**
**CAPACITY BUT SOLELY AS**
**CERTIFICATE TRUSTEE OF BOSCO**
**CREDIT II TRUST SERIES 2010-1**                                                      **PLAINTIFF**

**VS.**                                        **4:21-CV-00195-BRW**

**CHARLES H. LEWIS, JR.**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for Plaintiff. Defendant's counterclaim is dismissed with prejudice.

IT IS SO ORDERED this 27th day of April, 2022.

                                                         _____BILLY ROY WILSON_____
                                                         UNITED STATES DISTRICT JUDGE