**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILMINGTON SAVINGS FUND**
**SOCIETY, FSB, NOT IN ITS INDIVIDUAL**
**CAPACITY BUT SOLELY AS**
**CERTIFICATE TRUSTEE OF BOSCO**
**CREDIT II TRUST SERIES 2010-1**                                               **PLAINTIFF**

VS.                                          **4:21-CV-00195-BRW**

**CHARLES H. LEWIS, JR.**                                                          **DEFENDANT**

## AMENDED JUDGMENT

Consistent with the order entered on April 27, 2022,[1] judgment is entered for Plaintiff.

Plaintiff is entitled to proceed with the foreclosure on the property located at 9811 Pinnacle Valley Road, Little Rock, Arkansas. Defendant's counterclaim is dismissed with prejudice.

IT IS SO ORDERED this 18th day of May, 2022.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 39.